**DISMISS: Opinion filed October 31, 2012**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00076-CV

## IN THE INTEREST OF T.L.R. AND A.L.R., CHILDREN

On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-12373

# MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion By Justice O'Neill

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that he no longer desires to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

MICHAEL J. O'NEILL
JUSTICE

110076F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.L.R. AND A.L.R., CHILDREN

No. 05-11-00076-CV

Appeal from the 330th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 09-12373).
Opinion delivered by Justice O'Neill, Justices FitzGerald and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Kara Rafferty, recover her costs of the appeal from appellant, Richard Rafferty.

Judgment entered October 31, 2012.

MICHAEL J. O'NEILL
JUSTICE